# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

DEVONCHE LAWRENCE,

    Petitioner,

v.                                    CASE NO.  4:07cv158-RH/WCS

WALTER A. McNEIL,

    Respondent.

_____/

## ORDER NOTING TIMELINESS OF
## RESPONSE TO MOTION TO DISMISS

    The petitioner's motion (document 30) to accept as timely his response to the respondent's motion to dismiss (document 29) is GRANTED.  The response was timely and has been fully considered.

    SO ORDERED on August 25, 2008.

                                                       s/Robert L. Hinkle
                                                       Chief United States District Judge